## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASMINE MOUSTAFA,<br>    Plaintiff<br>v.<br><br>WALMART STORES, INC. Richard Roe (1 through X) (a person, persons or entity whose identity is not presently known) Their servants, agents, or employees, jointly and severally or in the alternative,<br>    Defendants<br><br>CITY FACILITIES MANAGEMENT (FL), LLC<br>    Third-Party Defendant | CIVIL ACTION<br><br>CASE NO.: 2:23-cv-00890<br><br>JURY TRIAL DEMANDED<br><br>OFFER OF JUDGMENT |

### JOINT OFFER OF JUDGMENT PURSUANT TO RULE 68
### OF THE FEDERAL RULES OF CIVIL PROCEDURE

Defendant, WALMART STORES, INC. and Third-Party Defendant, CITY FACILITIES MANAGEMENT (FL), LLC, by and through their undersigned counsel, hereby serves upon Plaintiff the following Offer of Judgment:

1.   Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant and Third-Party Defendant hereby extend an Offer of Judgment in the total amount of One Hundred Thousand Dollars and No Cents ($100,000.00) to Plaintiff to settle all claims alleged in the Complaint filed within Civil Action No.: 2:23-cv-00890, before the United States District Court for the District of New Jersey.

2.   The within offer of One Hundred Thousand Dollars and No Cents ($100,000.00) is inclusive of all of Plaintiff's attorneys' fees, costs and interest accrued to date.

3.    If Plaintiff serves written notice, within 14 days of the date of this Offer of Judgment, that they accept this Offer, Defendant and Third-Party Defendant will file with the Court this Offer of Judgment along with a notice of acceptance, pursuant to F.R.C.P. 68, permitting

-2-

judgment to be taken against it in accordance with Rule 68 and under the terms stated herein, with respect to the claims asserted in the above-captioned civil action.

4. Nothing contained within this Offer of Judgment shall be construed as an admission of liability on the part of Defendant and Third-Party Defendant with respect to the claims asserted by Plaintiff in the above-captioned civil action, nor as an admission that Plaintiff has sustained any damages.

5. Plaintiff shall advise the undersigned counsel for Defendant within fourteen (14) days of the date of this Offer of Judgment as to whether Plaintiff accepts or reject this Offer.

Unless accepted within fourteen (14) days of said date, this Offer of Judgment shall automatically be considered withdrawn and revoked.

Respectfully submitted:

Attorney(s) for Defendant(s) / Date – September 18, 2025

_____
Michael J. Bishop, Esquire
THOMAS, THOMAS & HAFER LLP
Shelbourne Building
53 Frontage Road, Suite 117
Hampton, NJ 08827-4031
Direct: (908) 574-0510
Cell: (215) 360-1016
Fax: (908) 574-0557
mbishop@tthlaw.com
*Attorney for Defendant*

-3-

For Third-Party Defendant City Facilities Management

/s/
_____
Adrianna Cassiere Allen, Esquire
ACASSIER@travelers.com
James H. Rohlfing, Esquire
JROHLFIN@travelers.com
Law Offices of James H. Rohlfing
445 South St., Suite 200 (physical address)
Morristown, NJ 07960
P.O. Box 2903 (mailing address)
Hartford, CT 06104-2903